UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED

APR 09 [illegible]

U.S. DISTRICT COURT
DISTRICT OF R.I.

| | |
|---|---|
| MARK F. MEDEIROS,<br>Plaintiff, *ProSe'* | )<br>)<br>) |
| V. | )  Case No.: cv-00107-S-LDA |
| Bank of America aka FIA<br>Card Services, N.A., Defendant | )  TRIAL BY JURY DEMANDED<br>)<br>) |

## DEFAULT JUDGMENT

This action having been commenced on March 13th 2009 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served via process server Daniel Newcomb of Delaware Attorney Services located at 2000 Pennsylvania Avenue, Suite 207, Wilmington, DE 19806 (800-457-9560) on March 18th 2009 at 2:30 P.M. pursuant to LR Cv 5.1(a) and FRCP 4 on the Defendant's registered agent in Delaware, The Corporation Trust Company, Corporation Trust Center, 1209 Orange St. Wilmington, DE 19801 (800-6240909) not having answered the Complaint, and the time for answering the Complaint having expired, it is:

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendant in the liquidated amount of $80,000.00 plus costs and disbursements of this action in the amount of $410.00 amounting in all to $80,410.00

Dated: Providence, Rhode Island

_[signature]_  4/28/09
U.S.D.J.
This document was entered on the docket on  4/29/09

6