# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARK F. MEDEIROS,<br>    Plaintiff<br><br>v.<br><br>BANK OF AMERICA AKA FIA CARD SERVICES, N.A.,<br>    Defendant | C.A. No. 09-107-S-LDA |

## RESPONSE TO PLAINTIFF'S MOTION TO EXTEND DISCOVERY TIME FOR AN ADDITIONAL 60 DAYS

  Defendant, FIA Card Services, N.A. ("FIA") hereby files this response to Plaintiff's Motion to Extend Discovery Time for an Additional 60 Days. While FIA does not object to Plaintiff's request to extend discovery for an additional sixty (60) days, any such discovery should be limited to appropriate discovery under the Federal Rules for Civil Procedure. Plaintiff's memorandum, *inter alia*, seeks addition time to depose counsel for FIA, Steven E. Snow and Lauren F. Verni. FIA's counsel's knowledge and information concerning this litigation has been obtained solely through their client, FIA. Since all of counsel's communications are privileged, these depositions are clearly inappropriate. Any granting of additional time, therefore, should be conditioned on Plaintiff limiting depositions to appropriate witnesses with non-privileged knowledge of facts relevant to any claim or defense in this case.

        FIA CARD SERVICES, N.A.

        By Its Attorneys,

        PARTRIDGE SNOW & HAHN LLP


        /s/ Steven E. Snow
        Steven E. Snow (#1774)
        Lauren F. Verni (#6831)
        180 South Main Street
        Providence, RI 02903
        (401) 861-8200
        (401) 861-8210 FAX

DATED: December 17, 2009

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing RESPONSE TO PLAINTIFF'S MOTION TO EXTEND DISCOVERY TIME FOR AN ADDITIONAL 60 DAYS was filed with the Clerk of the United States District Court for the District of Rhode Island this 17th day of December, 2009 and is available for viewing and downloading to ECF registered counsel of record and was sent by mailed, postage prepaid to the following:

    Mark F. Medeiros

    464 Eaton Street

    Providence, RI 02908


        /s/ Steven E. Snow

1096511_1/8981-2