# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARK F. MEDEIROS,<br>　　　　　　　Plaintiff<br><br>v.<br><br>BANK OF AMERICA AKA FIA CARD SERVICES, N.A.,<br>　　　　　　　Defendant | C.A. No. 09-107-S-LDA |

## ASSENTED TO MOTION OF FIA CARD SERVICES, N.A. TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

Defendant FIA Card Services, N.A. ("FIA"), respectfully moves, pursuant to Rule 6 of the Federal Rules of Civil Procedure, to enlarge the time to file its Objection and supporting Memorandum of Law in Opposition to Plaintiff's Motion to Compel. The movant, Plaintiff Mark F. Medeiros, has consented to such an enlargement of time to and including January 14, 2010. Such extension is necessitated due to the parties resolution of this lawsuit and expected dismissal with prejudice of same.

This Motion is exempt from the Memorandum requirements pursuant to Local Rule 12(1).

WHEREFORE, Defendant respectfully requests that the aforementioned enlargement be allowed to and including January 14, 2010.

          FIA CARD SERVICES, N.A.

          By Its Attorneys,

          PARTRIDGE SNOW & HAHN LLP

          _____
          Steven E. Snow (#1774)
          Lauren F. Verni (#6831)
          180 South Main Street
          Providence, RI 02903
          (401) 861-8200
          (401) 861-8210 FAX

DATED: December 22, 2009

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANT FIA CARD SERVICES, N.A.'S MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL was filed with the Clerk of the United States District Court for the District of Rhode Island this 22nd day of December, 2009 and is available for viewing and downloading to ECF registered counsel of record and was sent by mailed, postage prepaid to the following:

    Mark F. Medeiros
    464 Eaton Street
    Providence, RI 02908

          _____

1097541_1/8981-2

2