## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARK F. MEDEIROS,<br>          Plaintiff<br><br>v.<br><br>BANK OF AMERICA AKA FIA CARD SERVICES, N.A.,<br>          Defendant | C.A. No. 09-107-S-LDA |

### ASSENTED TO MOTION OF FIA CARD SERVICES, N.A. TO FURTHER ENLARGE TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

Defendant FIA Card Services, N.A. ("FIA"), respectfully moves, pursuant to Rule 6 of the Federal Rules of Civil Procedure, to further enlarge the time to file its Objection and supporting Memorandum of Law in Opposition to Plaintiff's Motion to Compel. The movant, Plaintiff Mark F. Medeiros, has consented to such an enlargement of time to and including January 28, 2010. Such extension is necessitated due to the parties finalizing the resolution of this lawsuit and expected dismissal with prejudice of same.

This Motion is exempt from the Memorandum requirements pursuant to Local Rule 12(1).

WHEREFORE, Defendant respectfully requests that the aforementioned enlargement be allowed to and including January 28, 2010.

        FIA CARD SERVICES, N.A.

        By Its Attorneys,

        PARTRIDGE SNOW & HAHN LLP

        *//s// Steven E. Snow*_____
        Steven E. Snow (#1774)
        Lauren F. Verni (#6831)
        180 South Main Street
        Providence, RI 02903
        (401) 861-8200
        (401) 861-8210 FAX

DATED: January 13, 2010

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing DEFENDANT FIA CARD SERVICES, N.A.'S MOTION TO FURTHER ENLARGE TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL was filed with the Clerk of the United States District Court for the District of Rhode Island this 13th day of January, 2010 and is available for viewing and downloading to ECF registered counsel of record and was sent by mailed, postage prepaid to the following:

        Mark F. Medeiros
        464 Eaton Street
        Providence, RI 02908

        *//s// Steven E. Snow*_____

1101141_1/8981-2

2