# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARK F. MEDEIROS,<br>    Plaintiff<br><br>v.<br><br>BANK OF AMERICA AKA FIA CARD SERVICES, N.A.,<br>    Defendant | C.A. No. 09-107-S-LDA |

## DISMISSAL STIPULATION

   This action having been settled, the Complaint and Counterclaims should be dismissed with prejudice, each party to bear their own costs.


FIA CARD SERVICES, N.A.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP


 _//s// Steven E. Snow_____
Steven E. Snow (#1774)
Lauren F. Verni (#6831)
180 South Main Street
Providence, RI  02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED:  January 28, 2010

____//s//_ Mark F. Medeiros_____
Mark F. Medeiros
464  Eaton Street
Providence, RI 02908
401-273-9199


DATED:  December 23, 2009

## **ORDER**

This Dismissal Stipulation is hereby APPROVED and ENTERED this __ day of January, 2010.

**ENTER:**                                              **PER ORDER:**

_____        _____

1097488_1/8981-2